IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Travis L Bossong | ) | |
| Denise A Bossong | ) | Case No: 22-10751-SDB |
| 341 Barnsley Drive | ) | |
| Evans, GA 30809-8243 | ) | |

Debtors

**TRUSTEE'S OBJECTION TO CONFIRMATION**

    COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtors' proposed plan.

    The specific deficiencies are:

    1.   Debtor proposes plan payments of $1,760 per month, but net income from Schedule J is $989.93.  The Plan is not feasible as required by 11 U.S.C. § 1325(a)(6).

    2.   Debtors testified at their 341 meeting that Debtor One is pursuing a social security claim. The Trustee requires Debtor to file an amended Schedule I if and when Debtor One prevails on this claim.

    WHEREFORE, said Trustee prays that the Court deny confirmation of Debtors' proposed plan.

    This 1st day of December 2022.

/s/ Frederick L. Carpenter
_____
Frederick L. Carpenter, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 341438

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtors and the parties whose name appears below, on the <u>1st day of December 2022</u>.

/s/ Lucinda Mcleod
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Lee Ringler
Attorney At Law
808 Greene St Suite 200
Augusta, GA  30901