IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:  Travis Bossong        )  Chapter 13
                   Denise A. Bossong     )  Case Number 22-10751
                                         )
                   Debtor(s)             )

## TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of §1325(a)(4) will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____ % of the total allowed unsecured claims.

Debtor(s)' plan is amended to

[ ] raise payments/extend plan as follows: **Raise plan payments to $2788.00 per month LR**

[ ] change valuation(s) as follows:

[✓] allow/modify/disallow claims as follows: **Pentagon Federal Credit Union Claim #3 to be paid $78,482.78 with 6.59% interest**

[✓] other: new schedule I & J will be done once ss benefits are approved
**plan confirmed in court by judge LR**

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This __19th__ day of December, 2022

Prepared by:

/S/LEERINGLER
Attorney for Debtor(s) Signature
LEE RINGLER 606350
Attorney Name and Bar Number

Consented to:

_____
Debtor

_____
Co-Debtor

Presented by:
Huon Le - Chapter 13 Trustee

By: _____
Staff Attorney
Frederick Carpenter, GA Bar Number 341438
Joseph E. Mitchell, III, GA Bar Number 513205

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org

_____
Creditor's Attorney Signature, Bar Number, & Creditor name (Bar 140807, Pentagon Federal Credit Union)

_____
Creditor's Attorney Signature, Bar Number, & Creditor name

_____
Creditor's Attorney Signature, Bar Number, & Creditor name